# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0269
_____

JASON D. SPRADLIN,

Petitioner,

v.

AMANDA ROBIN SPRADLIN,

Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

April 1, 2025

PER CURIAM.

DISMISSED.

LEWIS, WINOKUR, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jason D. Spradlin, pro se, Petitioner.

No Appearance for Respondent.